[No. 24726–3–I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN PATRICK GROPPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–03425–1, Liem E. Tuai, J., entered September 1, 1989. *Remanded* by unpublished per curiam opinion.

[No. 25312–3–I.   Division One.   January 28, 1991.]

KARLA STEEL, *as Guardian ad Litem,* ET AL, *Appellants,* v. PATRICIA WILLIAMS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–00917–1, David A. Nichols, J., entered September 22, 1989. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Coleman, J., and Winsor, J. Pro Tem.

[No. 24880–4–I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY BRAUN, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–01659–3, Norma Smith Huggins, J., entered September 1, 1989. *Reversed* and *dismissed* by unpublished per curiam opinion.